```
Court Name: US District Court - TNW
Division: 2
Receipt Number: A76051525
Cashier ID: aj
Transaction Date: 03/04/2022
Payer Name: H Lairoy Williams
-----------------------------------
CIVIL FILING FEE- NON PRISONER
 For: H Lairoy Williams
 Case/Party: D-TNW-2-22-CV-002134-001
 Amount:         $402.00
-----------------------------------
CREDIT CARD
 Amt Tendered:  $402.00
-----------------------------------
Total Due:      $402.00
Total Tendered: $402.00
Change Amt:     $0.00
```