IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
Western Division

M. LA-TROY ALEXANDRIA-WILLIAMS,

        Plaintiff,

v.                                                      Case No. 2:22-cv-02134-MSN-cgc

MARK GOINS, et al,

        Defendants.

## ORDER TO SHOW CAUSE

Before the Court, by way of Administrative Order 2013-05,[1] is the instant case. On March 4, 2022, Plaintiff M. La-Troy Alexandria-Williams, a resident of Memphis, Tennessee, filed a *pro se* Complaint against Mark Goins, Mary Mancini, Linda Phillips and Steve Cohen. (Docket Entry (D.E.) #1). On March 4, 2022, Plaintiff paid the $402 filing fee and three blank summonses were given to Plaintiff with instructions to complete the summonses and return them for signature and seal of the Clerk of Court. (D.E. # 5) To date, completed summonses have not been returned to the Clerk of Court for issuance and proof of service not been made to the court.

Rule 4(l) of the Federal Rules of Civil Procedure provides that "[u]nless service is waived, proof of service must be made to the court." Rule 4(m) further provides that, "[i]f a defendant is not served within 90 days after the complaint is filed, the court -- on motion or on its own after notice to the plaintiff -- must dismiss the action without prejudice against that defendant or order that service be made within a specified time." Fed. R. Civ. P. 4(m).

As the ninety day period has passed, **the Court ORDERS Plaintiff to show cause within fourteen (14) days of the entry of this Order** as to why the Court should not enter a

---

[1] The instant case has been referred to the United States Magistrate Judge by Administrative Order pursuant to the Federal Magistrates Act, 28 U.S.C. §§ 631-639. All pretrial matters within the Magistrate Judge's jurisdiction are referred pursuant to 28 U.S.C. § 636(b)(1)(A) for determination, and all other pretrial matters are referred pursuant to 28 U.S.C. § 636(b)(1)(B)-(C) for report and recommendation

Report and Recommendation recommending to the District Court that the Complaint be dismissed without prejudice. The Clerk of Court is directed to mail a copy of this Order to the Plaintiff by U.S. Mail, return receipt requested. **Failure to comply with this Order may result in a recommendation that Plaintiff's case be dismissed with prejudice for failure to prosecute without further notice.**

**IT IS SO ORDERED** this 13th day of March, 2023.

s/Charmiane G. Claxton
CHARMIANE G. CLAXTON
UNITED STATES MAGISTRATE JUDGE