IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

M. LA-TROY ALEXANDRIA-WILLIAMS,

    Plaintiff,

v.                                            Case No. 2:22-cv-2134-MSN-cgc

MARK GOINS, ET AL.,

    Defendants.

---

## JUDGMENT

---

**JUDGMENT BY COURT.** This action came before the Court on Plaintiff's *Pro Se* Complaint (ECF No. 1), filed March 4, 2022.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order Adopting Report and Recommendation and Dismissing Complaint Without Prejudice for Failure to Effect Timely Service (ECF No. 12), entered March 15, 2024, this matter is hereby **DISMISSED WITHOUT PREJUDICE**.

**APPROVED:**

*s/ Mark S. Norris*
MARK S. NORRIS
UNITED STATES DISTRICT JUDGE

March 15, 2024
Date